THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Juan Alberto Sanchez, Appellant.
 
 
 

Appeal From Chesterfield County
Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 2012-UP-251
 Submitted April 2, 2012  Filed April 25,
2012   

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General
 Salley W. Elliott, and Assistant Attorney General William M. Blitch, Jr., all
 of Columbia; and Solicitor William B. Rogers, Jr., of Bennettsville, for
 Respondent.
 
 
 

PER CURIAM: Juan Alberto Sanchez appeals his convictions of larceny and
 second-degree burglary, arguing the circuit court erred in finding he waived
 his right to counsel.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: State v.
 Roberson, 382 S.C. 185, 187, 675 S.E.2d 732, 733 (2009) (stating waiver of
 the right to counsel can be inferred from a defendant's conduct); id. at
 188, 675 S.E.2d at 733-34 (finding a circuit court is not required to warn a
 defendant of the dangers of self-representation when the defendant fails to
 appear for trial and never expresses a desire to represent himself).
AFFIRMED.
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.